# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**TROY DALE FRANKLIN**                                                          **PLAINTIFF**

**V.**                          **CASE NO. 5:19-CV-05212**

**SHERIFF TIM HELDER; and**
**MAJOR RANDALL DENZER**                                                        **DEFENDANTS**

## ORDER

Plaintiff Troy Dale Franklin filed this action pursuant to 42 U.S.C. §1983. He proceeds *pro se* and *in forma pauperis.*

When he filed this case, Plaintiff was specifically advised (Doc. 3) that he was required to immediately inform the Court of any change of address. If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. *Id.* Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On May 27, 2020, mail was returned to the Court (Doc. 18) as undeliverable with a notation that Plaintiff was no longer incarcerated at the Washington County Detention Center. Plaintiff therefore had thirty days, or until June 26, 2020, to provide the Court with his new address.

To date, Plaintiff has not provided a new address or contacted the Court in any way. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule

1

41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

    **IT IS SO ORDERED** on this 21st day of July, 2020.

                                /s/ Timothy L. Brooks
                                TIMOTHY L. BROOKS
                                UNITED STATES DISTRICT JUDGE